# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| CHURCH MUTUAL INSURANCE COMPANY, <br> 3000 Schuster Lane <br> P.O. Box 342 <br> Merrill, Wisconsin, 54452 <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br> One Tower Square <br> Hartford, CT  06183 <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | District Court Case No. 19-cv-297 |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff in the above-entitled action, Church Mutual Insurance Company, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on April 6, 2021.

Dated:  May 4, 2021.

                                                  von BRIESEN & ROPER, s.c.
                                                Attorneys for Plaintiff, Church Mutual
                                                Insurance Company

By: *s/ Michael P. Crooks*

                                                Michael P. Crooks, SBN 1008918

**P.O. ADDRESS:**
10 East Doty Street, Suite 900
Madison, WI  53703
(608) 287-3926
mcrooks@vonbriesen.com
36283340_1.DOCX